**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

      Plaintiffs,

      v.

A. RUIZ CONSTRUCTION
COMPANY & ASSOC., INC., et al.,

      Defendants.
_____/

No. C-05-00631 SBA (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 5, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **August 9, 2006 at 9:30 a.m**.

On or before August 1, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement that shall not be filed with the Clerk of Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 21, 2006

                                                    _____
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge