United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

        Plaintiffs,

  v.

A. RUIZ CONSTRUCTION COMPANY
& ASSOC., INC., et al.,

        Defendants.
_____/

No. C- 05-00631 SBA (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for August 17, 2006 is VACATED.

Dated: August 16, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge